

FILED
JUL 25 2024
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

V.

JACOB BOOTHE,

    DEFENDANT

CRIMINAL NO. 5: 24-CR-00123
18 U.S.C. § 242

### INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### Introduction

At all times relevant to this offense:

1. Southern Regional Jail (SRJ) was a state correctional facility operated by the West Virginia Division of Corrections and Rehabilitation (WVDOC) and located in Beaver, Raleigh County, West Virginia, within the Southern District of West Virginia.

2. A-pod and C-pod were two housing units for inmates at SRJ.

3. Defendant JACOB BOOTHE ("BOOTHE") was employed by WVDOC as a correctional officer at SRJ.

4. On or about March 1, 2022, defendant BOOTHE was on duty at SRJ and acting in his official capacity as a correctional officer.

5. On or about March 1, 2022, Q.B., an individual known to the United States Attorney, was a 37-year-old pre-trial detainee in the custody of SRJ.

6. On or about March 1, 2022, defendant BOOTHE responded to a call for officer assistance after Q.B. tried to push past a correctional officer and leave C-pod. When defendant

BOOTHE arrived in C-pod, Q.B. was on the floor as other persons known and unknown to the United States Attorney were engaged in using force against Q.B.; Defendant BOOTHE and other officers then restrained and handcuffed Q.B. in C-pod.

### COUNT ONE

7. On or about March 1, 2022, in Beaver, Raleigh County, West Virginia, within the Southern District of West Virginia, defendant JACOB BOOTHE, while acting under color of law, willfully deprived Q.B., a pretrial detainee, in the free exercise and enjoyment of a right secured and protected by the Constitution and the laws of the United States, namely, the right not to be deprived of due process of law, which includes the right to be free from the use of unreasonable force by correctional officers. Specifically, defendant BOOTHE willfully failed to intervene to protect Q.B. from being physically assaulted by other officers, despite having had the opportunity to do so. This offense resulted in bodily injury to Q.B.

All in violation of Title 18, United States Code, Section 242.

WILLIAM S. THOMPSON
United States Attorney

By: *[signature]*
Monica D. Coleman
Deputy Criminal Chief


KRISTEN M. CLARKE
Assistant Attorney General
Civil Rights Division

By: *[signature]*
Christine M. Siscaretti
Deputy Chief of Operations
Tenette Smith
Trial Attorney