**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

UNITED STATES OF AMERICA,

v.                                                    CRIMINAL ACTION NO. 5:24-cr-123

JACOB BOOTHE

**ORDER**

Pending before the court is a Motion to Continue Sentencing Hearing and All Related Deadlines, [ECF No. 25]. For good cause shown, the motion is **GRANTED**. The sentencing hearing previously scheduled in this matter for June 9, 2025, is **CONTINUED to July 9, 2025, at 2:30 p.m.**, **in Charleston, West Virginia**.

The court **DIRECTS** the Clerk to send a copy of this Order to defense counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:          June 5, 2025

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE